**Writ of Habeas Corpus Granted and Order filed December 13, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01105-CV

## IN RE DAVID HOSSIEN MERRIKH

### ORIGINAL PROCEEDING
### WRIT OF HABEAS CORPUS

### O R D E R

This Court has reviewed the petition for writ of habeas corpus of relator, David Hossien Merrikh.

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b)(3). We therefore order the Clerk of this Court to issue a writ of habeas corpus, returnable on January 11, 2013, pending final determination of the relief requested in the petition. We further order that relator be discharged upon execution and filing of a bond as set forth below. *See id.*

The relator will be admitted to bail upon his giving a good and sufficient bond, signed by relator as principal and his attorney, Henrietta N. Ezeoke, as surety, conditioned as required by law, or by any other surety acceptable to the Deputy or Sheriff

of Harris County, or cash in lieu of bond, in the sum of $1,000, pending the hearing on the return date of this writ, and until otherwise ordered by this Court.

A response to the petition is hereby requested to be filed on or before December 28, 2012. The cause is set for submission without oral argument on January 11, 2013.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.